UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHANIE M. MCGREW**<br>**ON BEHALF OF K.M.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-237** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER**<br>**OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "H" (2)** |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of any party to object to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly;

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 8th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE